12473.   FAIRBURN & ATLANTA RAILWAY & ELECTRIC CO. *v.*
RAYFORD.

STEPHENS, J.   In a suit against a street-car company by a widow to
recover damages for the negligent homicide of her husband, a verdict
finding that the homicide resulted from the defendant's negligence is
supported by evidence that the deceased was killed by being knocked
down by a moving street-car of the defendant, and where the inference is
authorized that the deceased was in full view of the motorman operating
the car, and was seen by the latter walking along the public highway
within the corporate limits of a town and proceeding in the direction in
which the car was running on a track of the defendant laid along the
public highway, and was seen by the motorman approaching the car
track at an angle and with the intention of crossing the track, and that
it was apparent to the motorman that the deceased was oblivious to
the approach of the car and did not, on account of the noise of a moving
train of another railroad company on a parallel track, hear the sound
of the gong on the defendant's car or the warning shouts of the pas-
sengers, and where it appears that the car was running at a rate of speed
of 20 to 25 miles per hour, and that when the motorman first observed,
or could have observed, the deceased in approaching the car track under
such conditions, the deceased was about thirty yards from the car.
*Judgment affirmed. Jenkins, P. J., and Hill, J., concur.*
DECIDED FEBRUARY 10, 1922.

Action for damages; from Campbell superior court — Judge
Hutcheson. January 15, 1921.

Application for certiorari was denied by the Supreme Court.

*J. F. Golightly,* for plaintiff in error.

*T. G. Lewis, H. A. Allen,* contra.